

BENJAMIN B. WAGNER
United States Attorney
SARALYN M. ANG-OLSON, SBN 197404
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CV-00778-JAM-JFM |
| Plaintiff, | **ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM*** |
| v. | |
| APPROXIMATELY $9,693.00 IN U.S. CURRENCY, | |
| Defendant. | |

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on April 1, 2010, in the United States District Court for the Eastern District of California, alleging that the defendant Approximately $9,693.00 in U.S. Currency ("defendant currency"), is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. §§ 841 *et seq.*;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Diversion Investigator Mark H. Jackson, there is probable cause to believe that the defendant currency so described constitutes property that is subject to

1  forfeiture for such violation(s), and that grounds for the
2  issuance of a Warrant for Arrest of Articles *In Rem* exist,
3  pursuant to Rule G(3)(b)(i) of the Supplemental Rules for
4  Admiralty or Maritime Claims and Asset Forfeiture Actions;

5      IT IS HEREBY ORDERED that the Clerk for the United States
6  District Court, Eastern District of California, shall issue a
7  Warrant for Arrest of Articles *In Rem* for the defendant currency.
8  Dated: 4/6/10

                KIMBERLY J. MUELLER
                United States Magistrate Judge

Order Re Clerk's Issuance of Warrant for Arrest